**1124  TODD  vs.  BOARD  OF  ELECTION  COMMISSIONERS** (3rd Cong. District), No. 14782; 104 M., 474-480; 2 D. L. N., 529.

To compel respondent to place relator's name upon the election tickets of three different parties as a candidate for representative in Congress, respondents claiming that such action was prohibited by Act No. 17, Laws of 1895, approved March 14, 1895.

Granted March 25, 1895, without costs, on the ground that while the Act is a valid exercise of power, it does not have a retrospective effect so as to deprive the candidate of the right, when the time for making his election had expired before the law became operative.